UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GRIEG SHIPPING II AS, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | C.A. No. 4:14-cv-503 |
| | § | |
| M/V MARY ANN HUDSON, *in rem*, her | § | Admiralty – Rule 9(h) |
| Engines, tackle, apparel, etc.; MARY ANN | § | |
| HUDSON, LLC AND UNITED OCEAN | § | |
| SERVICES, LLC | § | |
|     Defendants. | § | |

## JOINT STIPULATION FOR DISMISSAL AND FINAL JUDGMENT

This matter has been settled and compromised. Pursuant to Rule 41 of the Federal Rules of Civil Procedure all of the parties that have appeared in this action stipulate to the dismissal of all claims brought in this action with prejudice and request the entry of an order and final judgment with each party to bear its own cost.

Respectfully submitted,

**EASTHAM, WATSON, DALE & FORNEY, LLP**

(signed with permission)        /s/ *William A. Durham*
William A. Durham
State Bar No. 06281800
Fed. ID No. 4172
The Niels Esperson Building
808 Travis Street, Suite 1300
Houston, TX 77002
(713) 225-0905 – Telephone
(713) 225-2907 – Fax
duham@easthamlaw.com-email
**ATTORNEYS FOR PLAINTIFF
GRIEG SHIPPING II AS**

**LEGGE, FARROW, KIMMITT, MCGRATH & BROWN LLP**

/s/ *James T. Brown*
James T. Brown
Texas Bar No. 03138150

        Federal ID. No. 11656
        5151 San Felipe, Suite 400
        Houston, Texas 77056
        Phone: (713) 917-0888
        Fax: (713) 953-9470
        jimbrown@leggefarrow.com
        **ATTORNEY-IN-CHARGE FOR DEFENDANTS/COUNTER-PLAINTIFFS MARY ANN HUDSON, LLC AND U.S. UNITED OCEAN SERVICES, LLC,** *in personam*, **AND AS CLAIMANTS FOR THE** *in rem* **Defendant M/V MARY ANN HUDSON**

**OF COUNSEL:**
**LEGGE, FARROW, KIMMITT, MCGRATH & BROWN LLP**
Cameron A. Hatzel
Texas Bar No. 24074373
Federal ID No. 1128943
chatzel@leggefarrow.com

        **ROYSTON, RAYZOR, VICKERY & WILLIAMS, LLP**

(signed with permission)        /s/ *James R. Watkins*
        James R. Watkins
        Federal ID No. 1602
        State Bar No. 20926500
        James.Watkins@roystonlaw.com
        Kelly M. Haas
        Federal ID No. 870096
        State Bar No. 24059874
        Kelly.Haas@roystonlaw.com
        The Hunter Building
        306—22nd Street, Suite 301
        Galveston, Texas 77550
        (409) 763-1623 – Telephone
        (409) 763-3853 – Facsimile
        **ATTORNEYS FOR THIRD-PARTY DEFENDANT, G&H TOWING COMPANY**

## CERTIFICATE OF SERVICE

I certify that the foregoing document was served on all of the parties of record via the Court's CM/ECF system on 18 March 2015.

        /s/ *Cameron A. Hatzel*
        Cameron A. Hatzel